| | |
|---|---|
| 1 | Alison Pulaski Carter (SBN 276090)<br>**BURNSBARTON LLP**<br>11 West Jefferson, Suite 1000<br>Phoenix, AZ 85003<br>Main: 602.753.4500<br>Fax: 602.419.2211<br>Alison@burnsbarton.com<br>*Attorneys for Defendant* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Donald Charles Schwartz (SBN 122476)<br>Law Offices of Donald C. Schwartz<br>7960-B Soquel Drive, No. 291<br>Aptos, CA 95003<br>Phone: 831.331.9909<br>Fax: 831.662.9892<br>triallaw@cruzio.com<br>*Attorneys for Plaintiff* |
| 7 | |
| 8 | |
| 9 | |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Charles Thomas Paclik, | NO.: 3:13-cv-02550-WHA |
|---|---|
| Plaintiff, | (Formerly Alameda County Superior Court No. HG12612498) |
| vs. | |
| United Parcel Service, Inc. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |
| | Complaint Filed: January 17, 2012<br>Trial Date:  None Set |
| | Honorable William H. Alsup |

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties, by and through undersigned counsel, stipulate to dismiss with prejudice all claims and causes of action in this lawsuit, with each party to bear its own costs and fees.

DATED this 28th day of June, 2013.

**BURNSBARTON LLP**

By  *s/Alison Pulaski Carter*
Alison Pulaski Carter
Attorneys for Defendant

**LAW OFFICES OF DONALD C. SCHWARTZ**

By  *s/Donald C. Schwartz*
Donald C. Scwartz
Attorneys for Plaintiff

Stipulation of Dismissal With Prejudice
NO.:  3:13-cv-02550-WHA

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Donald Charles Schwartz. Esq.
>Law Offices of Donald C. Schwartz
>7960-B Soquel Drive, No. 291
>Aptos, CA 95003
>triallaw@cruzio.com
>Attorneys for Plaintiff

*s/Michelle R. Leach*

-2-

Stipulation of Dismissal With Prejudice
NO.: 3:13-cv-02550-WHA